AO 91 (Rev. 11/11) Criminal Complaint

U.S. DISTRICT COURT – N.D. OF N.Y.

FILED

**Sep 04 - 2025**

John M. Domurad, Clerk

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| | ) | |
| **MIGUEL ALEXANDER HERNANDEZ RODRIGUEZ,** | ) | Case No.  8:25-MJ-262 (ML) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 3, 2025, in the county of St. Lawrence in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | In that the defendant, an alien, after having been removed from the United States, was thereafter found in the United States without having obtained the express consent of the Secretary of the Department of Homeland Security or his successor for the reapplication for admission into the United States. |

This criminal complaint is based on these facts:

☒    Continued on the attached sheet.

*Devin Stallings*
_____
*Complainant's signature*

U.S. Border Patrol Agent Devin Stallings
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

*Miroslav Lovric*

Date:    September 4, 2025
_____
*Judge's signature*

City and State:    Binghamton, NY

Hon. Miroslav Lovric, U.S. Magistrate Judge
_____
*Printed name and title*

This criminal complaint is based on these facts:

On September 3, 2025, at approximately 6:15 AM, a Border Patrol Agent (BPA) and Supervisory Border Patrol Agent (SBPA) responded to another BPA, who was following two Florida registered vehicles on State Route 68 traveling towards the United States - Canadian Border. The SBPA was traveling together with a BPA, who parked the service vehicle near the intersection of State Highway 68 and Arnold Wagner Road in Ogdensburg to view the vehicles and occupants driving towards them. BPA observed the two Florida registered vehicles, a gray Chevrolet Suburban and a silver Toyota Sequoia traveling closely together with a BPA behind them. The observing BPA relayed to the BPA following the vehicles that each vehicle had two front passengers. The observing BPA could not see into the back of the two vehicles due to heavy window tint.

After the two vehicles and BPA passed the observing SBPA and BPA's location, the SBPA and BPA followed them. Shortly after, the single BPA led vehicle conducted a vehicle stop on the Toyota Sequoia. The SBPA and BPA continued following the Chevrolet Suburban into the City of Ogdensburg. While following the Suburban, the BPA relayed via service radio that she had several subjects in custody from the initial vehicle stop.

Since the BPA had subjects in custody from the Toyota Sequoia and agents' observations that the vehicles were traveling in tandem, SBPA and BPA performed a vehicle stop on the Chevrolet Suburban at approximately 0700 near the intersection of Jay Street and Judson Street in the City of Ogdensburg.

The SBPA and BPA identified themselves as Border Patrol Agents and identified one of the four occupants as, HERNANDEZ Rodriguez, Miguel Alexander, a citizen of Honduras. The BPA questioned HERNANDEZ Rodriguez, Miguel if he had any immigration documents to be in or remain in the United States legally. HERNANDEZ Rodriguez, Miguel indicated that he was not in possession of any United States immigration documents and was in the United States illegally. BPA informed HERNANDEZ Rodriguez, Miguel, that he was under arrest.

SBPA and the BPA transported HERNANDEZ Rodriguez, Miguel back to the Ogdensburg Border Patrol station along with his property and personal items for further processing and investigation.

At the Ogdensburg station, HERNANDEZ Rodriguez, Miguel's fingerprints were run through IDENT/IAFIS fingerprinting system revealing that HERNANDEZ Rodriguez, Miguel was a citizen of Honduras and was previously deported on August 11, 2008, through New Orleans, LA.

HERNANDEZ Rodriguez, Miguel has not received the express permission of the Attorney General or her successor, the Secretary of the Department of Homeland Security, to apply for readmission.